| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ☐ Chapter 7 <br> ■ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13      ☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy     04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Ilan** <br> First name <br><br> _____ <br> Middle name <br><br> **Doron** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-5197** | |

Debtor 1    **Ilan Doron**                                                                                       Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN |
| **5. Where you live** | **5529 Pinetree Drive**<br>**Miami Beach, FL 33140**<br>Number, Street, City, State & ZIP Code<br><br>**Miami-Dade**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1    **Ilan Doron**          Case number *(if known)*

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | When | Case number, if known | |

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   Ilan Doron
Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☑ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
Number, Street, City, State & Zip Code

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 4

Debtor 1  **Ilan Doron**        Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**About Debtor 1:**  **About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Ilan Doron**    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Ilan Doron**
**Ilan Doron**
Signature of Debtor 1

Signature of Debtor 2

Executed on  **December 23, 2021**
MM / DD / YYYY

Executed on  _____
MM / DD / YYYY

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 6

Debtor 1  **Ilan Doron**                                              Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Steven J. Solomon**                                    Date  **December 23, 2021**
Signature of Attorney for Debtor                                    MM / DD / YYYY

**Steven J. Solomon**
Printed name

**GrayRobinson, P.A.**
Firm name

**333 SE 2nd Ave**
**Suite 3200**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone  **305-416-6880**            Email address  **Steven.Solomon@gray-robinson.com**

**931969 FL**
Bar number & State

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 7

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Ilan Doron** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders  12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**Bagel Truth**
**2521 N Main Street, Unit 1-127**
**Las Cruces, NM 88001**

What is the nature of the claim?    $1,062,623.50

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:  -
  Unsecured claim

Contact
Contact phone

**2**
**Cyrus Farudi**
**4457 S Hampton Circle**
**Boulder, CO 80301**

What is the nature of the claim?    Loan    $442,074.93

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:  -
  Unsecured claim

Contact
Contact phone

Debtor 1  **Ilan Doron**  Case number *(if known)*

---

**3**

**Darren Wechsler**
**4542 Linnean Ave, NW**
**Washington, DC 20080**

Contact

Contact phone

What is the nature of the claim?  $35,901.48

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:  -
  - Unsecured claim

---

**4**

**Edo Cohen**
**1664 Hi Point Street**
**Los Angeles, CA 90035**

Contact

Contact phone

What is the nature of the claim?  $38,505.73

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:  -
  - Unsecured claim

---

**5**

**Edward Gibbs**
**PO Box 930**
**Owasso, OK 74055**

Contact

Contact phone

What is the nature of the claim?  $1,000,000.00

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:  -
  - Unsecured claim

---

**6**

**Global Merchant Advance**
**c/o Levi Ainsworth, Esq.**
**Ainsworth Gorkin**
**PO Box 605**
**New York, NY 10038**

What is the nature of the claim?  $194,441.35

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

---

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor 1    **Ilan Doron**                                             Case number *(if known)*

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact
Contact phone

**7**

**Jared Hassan**
**1035 Pearl Street**
**Suite 200**
**Boulder, CO 80302**

What is the nature of the claim?    Loan    $46,690.53

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact
Contact phone

**8**

**Marty Goon**
**140 Rustling Leaf Place**
**Kearneysville, WV 25430**

What is the nature of the claim?    Loan    $286,653.80

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact
Contact phone

**9**

**Nice Cards LLC**
**327 Old Hickory Ridge Road**
**Canonsburg, PA 15317**

What is the nature of the claim?    Loan    $42,040.08

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact
Contact phone

**10**

**Orlando Faroh**
**c/o Jonathan David, Esq.**
**6001 SW 70th Street**
**ste 101**

What is the nature of the claim?    $247,500.00

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Ilan Doron**　　　　　　　　　　　　　　　　　Case number *(if known)*

**Miami, FL 33143**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
　Value of security:　-
　Unsecured claim

　　Contact
　　Contact phone

---

**11**

**Philip Sourry**
**350 South Ocean Blvd, Apt 7B**
**Boca Raton, FL 33432**

**What is the nature of the claim?**　　　　　　$39,869.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
　Value of security:　-
　Unsecured claim

　　Contact
　　Contact phone

---

**12**

**Robert Pease**
**115 Kelbourne Avenue**
**Sleepy Hollow, NY 10592**

**What is the nature of the claim?**　　　　　　$2,104,069.00
　　　　　　　　　　　**Judgment Dated 5/4/21**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
　Value of security:　-
　Unsecured claim

　　Contact
　　Contact phone

---

**13**

**Roberto & Glen Yrigoyen**
**830 10th**
**Hermosa Beach, CA 90254**

**What is the nature of the claim?**　　　　　　$233,452.64

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)

　　Contact

Debtor 1  **Ilan Doron**  Case number *(if known)*

☐
Value of security:   -
Unsecured claim
Contact phone

**14**

**Ryan Koster**
**400 W Hopkins Avenue**
**Unit 5**
**Aspen, CO 81611**

What is the nature of the claim?   **Loan**   **$45,574.42**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:   -
Unsecured claim

Contact
Contact phone

**15**

**Sefi Golan**
**Emek Bracha, 7**
**Tel Aviv, Israel 6744609**

What is the nature of the claim?   **Loan**   **$158,859.41**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:   -
Unsecured claim

Contact
Contact phone

**16**

**Sohrob Farudi**
**2629 Manhattan Ave #214**
**Hermosa Beach, CA 90254**

What is the nature of the claim?      **$188,064.24**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:   -
Unsecured claim

Contact
Contact phone

**17**

**Starvin Marvin Jewelry Inc**
**19275 Biscayne Blvd, #2**
**Miami, FL 33180**

What is the nature of the claim?   **Judgment**   **$31,543.01**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
   None of the above apply

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Ilan Doron**  Case number *(if known)*

■

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

---

**18**

**Syndimate 2017 LP**
**c/o Brian Elstein**
**7301 SW 57th Court, Suite 570**
**Miami, FL 33143**

**What is the nature of the claim?**  $247,500.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

---

**19**

**Terrapin Business Funding LLC**
**c/o Law Offices of Steven Zakharyayev**
**10 West 37th Street, Room 602**
**New York, NY 10018**

**What is the nature of the claim?**  Judgment  $714,157.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

---

**20**

**VA Cell Inc.**
**c/o Sprechman & Fisher, PA**
**2775 Sunny Isles Blvd. Suite 100**
**North Miami Beach, FL 33160**

**What is the nature of the claim?**  Judgment  $39,844.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

---

**Part 2:** **Sign Below**

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor 1 **Ilan Doron**  Case number *(if known)*

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Ilan Doron**  
**Ilan Doron**  
Signature of Debtor 1

X  
Signature of Debtor 2

Date **December 23, 2021**

Date

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Alexis Doron
1300 Monad Terrace, Apt 18C
Miami Beach, FL 33139


All Communication LLC
401 E. Rivo Alto Drive
Miami Beach, FL 33139


All Communications LLC
3250 NE 1st Avenue
Suite 207
Miami, FL 33137


Amir Chaluts
641 Lexington Avenue
Floor 24
New York, NY 10022


Andrew Berman
2545 Beverley Avenue
Apt. D
Santa Monica, CA 90405


Antonio Esfandiari
c/o Magic Antonio LLC
4525 Dean Martin Drive Unit 2112
Las Vegas, NV


ASIS Trade & Consulting LLC
8757 NW 35th Lane
Doral, FL 33172


Bagel Truth
2521 N Main Street, Unit 1-127
Las Cruces, NM 88001


BMW Financial Services
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677-7731


Brian Rast
9405 Players Canyon Ct.
Las Vegas, NV 89144

Brightstar Corp.
9725 NW 117th Street
Suite 300
Miami, FL 33178


Business Brokers LLC
267 Kentlands Blvd, Ste 3024
Gaithersburg, MD 20878


Capital One
PO Box 60599
City of Industry, CA 91716


Continental Ventures Realty LLC
641 Lexington Avenue
Floor 24
New York, NY 10022


Cyrus Farudi
4457 S Hampton Circle
Boulder, CO 80301


Daniel Friedman
c/o Fazoula Management
7035 E. Ludlow Drive
Scottsdale, AZ 85254


Darren Wechsler
4542 Linnean Ave, NW
Washington, DC 20080


Dave Silverman
4515  N. Michigan Avenue
Miami Beach, FL 33140


David Taeb
7385 Severance Lane
Las Vegas, NV 89131


Dhruv Piplani
c/o Wilson Soto & Associates, PC
Wilson Soto, Esq.
531 Central Park Avenue, Suite 301
Scarsdale, NY 10583

```
Edo Cohen
1664 Hi Point Street
Los Angeles, CA 90035


Edward Gibbs
PO Box 930
Owasso, OK 74055


Eric J. Grabois
Eric J. Grabois, P.L.
1666 79th Street Causeway, Suite 500
North Bay Village, FL 33141


Evoke Holdings
16133 Ventura Blvd
Encino, CA 91436


Ferrari Financial Services
PO BOX 510
Buffalo, NY 14231


Global Merchant Advance
c/o Levi Ainsworth, Esq.
Ainsworth Gorkin
PO Box 605
New York, NY 10038


Grainways Inc
c/o Allison Friedman
20533 Biscayne Blvd. Suite 4-435
Miami, FL 33180


Harold Wrobel
14954 Corona Del Mar
Pacific Palisades, CA 90272


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
7850 S.W. Sixth Ct.
Plantation, FL 33324
```

Jared Hassan
1035 Pearl Street
Suite 200
Boulder, CO 80302


Jerrold W. Engelman, Esq
Engelman Law, P.A
407 Lincoln Road, Suite 6-C
Miami Beach, FL 33139


Mark E Teitelbaum
1810 N Kentucky St
Arlington, VA 22205


Martin Friedman
1313 Dolley Madison Blvd.
Suite 306
Mc Lean, VA 22101


Marty Goon
140 Rustling Leaf Place
Kearneysville, WV 25430


NCM Group LLC
3401 N. Miami Avenue
Suite 207
Miami, FL 33137


NCM Wireless, Inc


Nice Cards LLC
327 Old Hickory Ridge Road
Canonsburg, PA 15317


Orlando Faroh
c/o Jonathan David, Esq.
6001 SW 70th Street
ste 101
Miami, FL 33143


Philip Sourry
350 South Ocean Blvd, Apt 7B
Boca Raton, FL 33432

Premier Financial Services
47 Sherman Hill Road
Woodbury, CT 06798


Randi Comras
c/o Todd R. Legon, Esq.
Legon Fodiman
3225 Aviation Ave, Suite 301
Miami, FL 33133


Robert Pease
115 Kelbourne Avenue
Sleepy Hollow, NY 10592


Roberto & Glen Yrigoyen
830 10th
Hermosa Beach, CA 90254


Ryan Filek
204 Kapahulu Ave, Unit 101
Honolulu, HI 96815


Ryan Koster
400 W Hopkins Avenue
Unit 5
Aspen, CO 81611


Sefi Golan
Emek Bracha, 7
Tel Aviv, Israel 6744609


Sohrob Farudi
2629 Manhattan Ave #214
Hermosa Beach, CA 90254


Starvin Marvin Jewelry Inc
19275 Biscayne Blvd, #2
Miami, FL 33180


SunTrust Cardmember Services
PO Box 651569
Orlando, FL 32862

SureFunding LLC
6671 Las Vegas Blvd S
Ste 210
Las Vegas, NV 89119


Syndimate 2017 LP
c/o Brian Elstein
7301 SW 57th Court, Suite 570
Miami, FL 33143


Terrapin Business Funding LLC
c/o Law Offices of Steven Zakharyayev
10 West 37th Street, Room 602
New York, NY 10018


Thomas E. M. Werge
162 North Vine Street Suite 200
Denver, CO 80206


VA Cell Inc.
c/o Sprechman & Fisher, PA
2775 Sunny Isles Blvd. Suite 100
North Miami Beach, FL 33160


Ziauddin Taeb
15980 Sinclair Street
San Diego, CA 92127