CGFD10 (7/8/21)



**ORDERED in the Southern District of Florida on January 3, 2022**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 21−21964−RAM

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Ilan Doron
5529 Pinetree Drive
Miami Beach, FL 33140

SSN: xxx−xx−5197

### ORDER SETTING SUBCHAPTER V STATUS CONFERENCE, CLAIMS BAR DATE, AND DEADLINE FOR ELECTIONS UNDER 11 U.S.C. §1111(b)

The above−referenced debtor has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code. To further the expeditious and economical resolution of this case, it is

**ORDERED:**

1. **Status Conference.** The Honorable Robert A Mark will hold the status conference required by 11 U.S.C. §1188 on **February 17, 2022**, at **01:30 PM** through **Telephone by CourtSolutions LLC**. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Individuals not represented by counsel will be able to use the telephonic services free of charge. Although conducted by telephone, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. To participate through CourtSolutions LLC, you must make a reservation in advance no later than 3:00 p.m., one business day before the date of the hearing. Reservations should be arranged online at https://www.court−solutions.com. If a party is unable to register online, a reservation may also be made by telephone at (917) 746−7476. The Debtor, counsel for the Debtor, and the Subchapter V Trustee must appear at the status conference.

2. **Section 1188(c) Report.** At least 14 days before the date of the status conference, the Debtor must file the report required by 11 U.S.C. §1188(c), and serve that report on the Subchapter V Trustee, the United States Trustee, and all creditors and other parties in interest.

3. **Claims bar date.** The deadline for entities other than governmental units to file proofs of claim or interest is **March 3, 2022**.

4. **Plan Deadline.** The deadline to file a plan is **March 23, 2022** unless the Court extends the deadline for reasons that are attributable to circumstances for which the Debtor should not justly be held accountable.

5. **Deadline for 1111(b) election.** Any secured creditor that wishes to make an election under 11 U.S.C. §1111(b) must do so no later than **14 days** after the Debtor files a plan.

6. **Service.** The Debtor is directed to serve a copy of this Order on the Subchapter V Trustee, the United States Trustee, all creditors, and all other parties in interest, and to file a certificate of service as required by Local Rule 2002–1(F).

###

*Page 2 of 2*