UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                    CHAPTER 11

Ilan Doron                                                                           Case No.: 21-21964-RAM

_____Debtor._____/

**APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A"
ATTACHED

I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit A. Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to:  All parties on the attached service list on this the 8th of April 2022.

Mary Ida Townson
United States Trustee
Region 21


By:  /s/  *Steven D. Schneiderman*
Steven D. Schneiderman
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Suite 1204
Miami, FL  33130
Tele:  (305) 536-7285
Fax:   (305) 536-7360
Steven.D.Schneiderman@usdoj.gov

**EXHIBIT "A"**

| Names and contact information | Email addresses |
|---|---|
| Martin Friedman<br>c/o Mitchell W. Mandler, Esq.<br>SMGQ Law<br>1200 Brickell Ave., Ste #1205<br>Miami, FL  33131<br>Ph:   305-377-1000<br>Fax: 855-898-1359 | Mmandler@smgqlaw.com<br>Xmiranda@smgqlaw.com<br>Rwilliams@smgqlaw.com |
| Cyrus Farudi<br>4457 S. Hampton Circle<br>Boulder, CO 80301<br>Ph: 303-819-2898 | cfarudi@gmail.com |
| Bagel Truth, LLC<br>M. David Silverman, Member<br>c/o Mark Edelson<br>Silverman Thompson Slutkin & White, LLC<br>400 E. Pratt Street, Ste 900<br>Baltimore, MD  21202<br>Ph:   443-451-3108<br>Fax:  443-451-4108 | davids@nfmlending.com |
| Daniel Friedman<br>Fazoula Management, LLC<br>c/o Mitchell W. Mandler, Esq.<br>SMGQ Law<br>1200 Brickell Ave., Ste #1205<br>Miami, FL  33131<br>Ph:   305-377-1000<br>Fax: 855-898-1359 | Mmandler@smgqlaw.com<br>Xmiranda@smgqlaw.com<br>Rwilliams@smgqlaw.com |
| Philip Sourry<br>350 South Ocean Blvd., #7B<br>Boca Raton, FL  33432<br>Ph:  561-660-4858 | Philip.sourry@gmail.com |

**SERVICE LIST**

- Paul J. Battista    pbattista@gjb-law.com, gjbecf@gjb-law.com;cscavone@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com;jsardina@gjb-law.com
- John M Brennan    jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
- Carmen Contreras-Martinez    carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com;mia-ctdocs@saul.com
- Alan R Crane    acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- Brian S Dervishi    bdervishi@wdpalaw.com, service@wdpalaw.com
- Mark Edelson    medelson@silvermanthompson.com, efiling@silvermanthompson.com
- Allison L Friedman    ralfriedman@hotmail.com
- Soneet Kapila    trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
- Michael D Lessne    michael@lessne.law
- Mitchell W Mandler    MMandler@smgqlaw.com, xmiranda@smgqlaw.com
- Kevin S Neiman    kevin@ksnpc.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- John T. Richer    jricher@hallestill.com
- Steven D Schneiderman    Steven.D.Schneiderman@usdoj.gov
- Meredith Mishan Silver    msilver@phillipslawyers.com, tedwards@phillipslawyers.com
- Douglas J Snyder    djspa@aol.com
- Steven J. Solomon    steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
- Gavin N Stewart    bk@stewartlegalgroup.com
- Peter A Tappert    ptappert@wdpalaw.com, service@wdpalaw.com

Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

BMW Financial Services NA, LLC, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Joseph A Costello
Costello Law, LLC
One West Las Olas Blvd #600
Ft. Lauderdale, FL 33301

Larry S. Hyman
307 S. Boulevard #Suite B
Tampa, FL 33606

Michelle G Novick
161 North Clark Street #4200
Chicago, IL 60601

John T. Richer
320 S Boston Avenue #200
Tulsa, OK 74103-3706

Synchrony Bank
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Derek Vidor
Receivables Control Corporation
7373 Kirkwood Court #200
Maple Grove, MN 55369

Jason A. Welt
Trustee Realty, Inc.
401 E Las Olas Blvd #1400
Ft Lauderdale, FL 33301